In the Matter of the Claim of PATRICK POWERS, Respondent, against AMERICAN FRUIT GROWERS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof that the accident arose out of the employment. All concur.

In the Matter of the Claim of MICHAEL O'BRIEN, Respondent, against ROBERT DOLLMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of PATSY DIBONA, Respondent, against BING & BING, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence of disability during the period covered by the award. All concur.

In the Matter of the Claim of CARMEL ROTANDA, Respondent, against SICA BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ROSIE ROSENTHAL, Respondent, against MAX WEINSCHELBLATT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of EUGENE SONNTAG, Respondent, against STEINWAY & SONS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that no notice of injury was served and no proof was given that the employer had knowledge of the accident or was not prejudiced by the failure to serve notice. All concur. The court disapproves the practice of asking the employer whether he has been prejudiced.

In the Matter of the Claim of ALBERT KACZMAREK, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of TONY PIETRO, Respondent, against ADOLPH AUERBACH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof that the claimant's lack of vision resulted from the accidental injury received. All concur.

In the Matter of the Claim of STANLEY DARO (HUDIRN), Respondent, against NATIONAL CARBON CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that the employer had actual knowledge of the accident to the claimant which the Board adopted as the basis of excusing failure to give written notice of injury. All concur.

In the Matter of the Claim of WILLIAM SCHLITZ, Respondent, against NEW YORK EVENING POST COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.